In the Matter of the Application of Carl Geib, as Executor, etc., of Lina Matthias, Deceased, Respondent, for an Order Requiring Louis Steckler, Appellant, to Pay Over Moneys Received by Him Belonging to Said Carl Geib as Such Executor.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Agnes Kyle, as Administratrix, etc., of Florence A. Moody, Deceased, Respondent, v. May V. Stuckle, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

John E. McMurtry, Respondent, v. The American Mills Company and Charles N. McLean, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Donald Mitchell v. Dunmore Realty Company.— Motion denied, without costs.

Elizabeth M. Godley v. Crandall & Godley Company.— Motion granted; questions certified.

Moritz L. Ernst v. Edward M. Wheatley.— Motion denied, with ten dollars costs.

George Mulligan v. C. Hachmeister.  Empire State Garage v. F. D. Langstroth. W. Sommer v. Everards Breweries.  Orleans Hotel Company v. J. C. Groff. S. Wechsler v. O. J. Gude.  P. Cameron v. F. W. Whitaker.  Tichenor Grand Company v. M. H. Oppenheim.— Applications denied, with ten dollars costs.

Stein Gray Company v. H. Michelson.  S. Tepfer v. Rival Gas Fixture Company.  T. Forscheim v. Mechanics and Traders' Bank.— Applications granted. Orders signed.

George R. Hall v. Fras. M. Hall.— Motion denied, with ten dollars costs.

Florenz Ziegfeld v. Nora B. Norworth.— Motion denied, with ten dollars costs.

Clement H. Smith v. Lewis A. Peyrot.— Motion granted.

Ralph H. Booth v. Edward H. Litchfield.— Motion granted.

Charles E. Dowdall v. George Borgfeldt.— Motion denied, with ten dollars costs.

F. Forschirm v. Mechanics and Traders' Bank.— Motion for stay granted. Settle order on notice.

Lena Rosenhien v. Sigmund Rubin.— Motion denied.  Settle order on notice.

Gustavus A. Rogers v. Bessie C. Clark and Another.— Motion denied, without costs.  Memorandum per curiam.  Settle order on notice.

Harry Rich v. Westchester Fire Insurance Company.— Motion denied.  Settle order on notice.

In the Matter of Mott Haven Canal Company.— Motion granted.  Settle order on notice.

The People of the State of New York v. Charles Eisenstock.— Motion granted.

The People of the State of New York v. Guiseppe Persce.— Motion denied, on condition that appellant be ready for December term.

Charles Kohler v. Herman Rosenthal.— Motion denied, on condition that appellant be ready for December term.